**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 772 MAL 2017
                                       :
               Respondent : 
                                         : Petition for Allowance of Appeal from
                                         : the Order of the Superior Court
               v. :
                                         :
                                         :
BRANDON WADE MORAGNE-EL, :
                                         :
               Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.